**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 95-60650
(Summary Calendar)

PHILLIP STOKES,

Plaintiff-Appellant,

versus

WILLIAM T. FERRELL, JR.; TOMMY
FERRELL, JR.; ELI JOHNSON,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:92-CV-56BN

December 19, 1996
Before DAVIS, EMILIO M. GARZA, and STEWART, Circuit Judges.

PER CURIAM:[*]

Phillip Stokes (Mississippi prisoner #63917), appeals the unfavorable jury verdict in his civil

rights suit. We have reviewed Stokes's contentions—except for those that are unreviewable because

of Stokes's failure to provide the court with a transcript—and we find no reversible error. Stokes's

appeal is frivolous and is dismissed. 5th Cir. R. 42.2.

---

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Stokes is reminded that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions. To avoid sanctions, Stokes is again cautioned to review all pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED. SANCTION WARNING RE-ISSUED.